# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HENRIETTA HARRIS; | ) |
| Plaintiff, | ) ) ) |
| V. | ) NO. 2:11-CV-00118 |
| CONAGRA FOODS, INC.; | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Herein come the parties, by and through their respective attorneys of record, who hereby stipulate to a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its/her own costs and fees.

Respectfully submitted this 15th day of October, 2013.

Henrietta Harris

By:/s/David S. Byrd, BPR# 016618
David S. Byrd
Attorney for Plaintiff
CAPPS, CANTWELL, CAPPS & BYRD
P.O. Box 1897
Morristown, TN 37816-1897
(423) 586-3083

Conagra Foods, Inc.

By:/s/Hillary L. Klein, BPR# 024988
Hillary L. Klein
Attorney for Defendant
Husch Blackwell, LLP
Chattanooga, TN 37402
(423) 266-5500